MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE HARDY, | **Case No.:** 3:19-cv-00767-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] FOR DISMISSAL WITH PREJUDICE** |
| GREENLEAF WELLNESS, INC. and DOES I-X, | |
| Defendant. | |

     Plaintiff, DANIELLE HARDY, and Defendant, GREENLEAF WELLNESS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 24th day of June, 2020.
MARK MAUSERT LAW OFFICE

By: _/s/ Mark Mausert
MARK MAUSERT
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*

DATED this 24th day of June, 2020.
FENNEMORE CRAIG, P.C.

By: /s/ Shannon Pierce
SHANNON PIERCE
ELIZABETH J. BASSETT
300 East Second Street, Suite 1510
Reno, Nevada 89501
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this __24th_ day of ___June_____, 2020.

_____
UNITED STATES DISTRICT JUDGE